STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ERNESTO SANCHEZ RODRIGUEZ

Case No. 10-11735-BKT

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: January 18, 2011
Time: 1:08 PM  Track: n/a
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: 0
Creditors
None

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[✓] Closed  [ ] Not Held  [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded — To pay priorities
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income (Certificate for
   [✓] Missing  [ ] Incomplete  period June 1 –
[ ] Stmt. of Current Monthly Income   Oct 27, 2010)
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
[ ] Issuer not certified by U.S.T.

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[✓] Other:
(1) DSO information for Yolanda Nieves Diaz. (2) Debtor will request waiver as to other DSO to Gisselle Vazquez

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re: ERNESTO SANCHEZ RODRIGUEZ

Case No. 10-11735-BKT

Chapter 13     Attorney Name: JOSE PRIETO CARBALLO ESQ*

**VI. Plan** (Cont.)
Date: December, 15, 2010  Base $ 9,000.00   [X] Filed   Evidence of Pmt shown: _____
Payments _0_ made out of _1_ due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** February, 11, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 156.00 = $ 2,844.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[✓] Other:
(1) Provide ASUME's certificate to review monthly pymt to Yolanda Nieves and arrears owed.
(2) Provide Court resolution of other DSO (Giselle Vazquez) to review monthly pmt + arrears

[✓] Amended S.O.F.A. #3 → include lawsuit where he is Plaintiff
[ ] Amended plan
[ ] Business Documents
[ ] Monthly reports for the months _____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: Note: Debtor did not work for Oct 28 through the filing of the petition.

**COMMENTS**

(1) Amend Schedule "B" to include cause of action regarding car accident he had; he's the plaintiff (2) Trustee will file motion to dismiss if 1st pymt is not received in 10 days.
(3) Debtor will submit Treasury form SC-2781 → testified under oath that he did not work during yrs 06 and 07. As to yrs 08-09 → he earned approx $1,000-$1,500 for ea. year
(4) Debtor's Schedule "J" does not contemplate DSO monthly pymt to Giselle Vazquez (direct pymt of $700 monthly as per debtor's testimony)

Trustee/Presiding Officer
Date: January 18, 2011 (Rev.)