IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ERNESTO SANCHEZ RODRIGUEZ

XXX-XX-2197

Debtor(s)

CASE NO. 10-11735 BKT

Chapter 13

FILED & ENTERED ON 03/22/2011

### ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #10), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of March, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors
F/up